# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants. | No. 2:21-CV-0886-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis, ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

        IT IS SO ORDERED.

Dated: May 26, 2021

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE